UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER

_____

Write the full name of each plaintiff.

**26 CV 1636**

_____CV_____

(Include case number if one has been assigned)

-against-

WEWORK INC.

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

2026 FEB 26  AM II: 38
RECEIVED
SDNY PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
370 FRUAD

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **LIAM ALEXANDER**                    , is a citizen of the State of
    (Plaintiff's name)

**NY**
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **WEWORK INC**_____, is incorporated under the laws of

the State of **NY**_____

and has its principal place of business in the State of **NY**_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **NY**_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**LIAM**                        **ALEXANDER**

| First Name | Middle Initial | Last Name |
|---|---|---|

**DOS 5753 ALBANY NY 12201**

Street Address

| County, City | State | Zip Code |
|---|---|---|

| Telephone Number | Email Address (if available) |
|---|---|

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

WEWORK        INC.
First Name        Last Name

Current Job Title (or other identifying information)
27 E 28th St, New York, NY 10016
Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 2:

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 3:

First Name        Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City        State        Zip Code

Defendant 4: _____

    First Name                  Last Name
_____

    Current Job Title (or other identifying information)
_____

    Current Work Address (or other address where defendant may be served)
_____

    County, City             State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  NY, NY

Date(s) of occurrence:  2/12/2026

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. DEFENDANT BREACH AGREEMENT/CONTRACT

2. DEFENDANT HAS CAUSED THE PLAINTIFF TO BE HOSPATLIZED OVER A DOZEN TIMES.

3. DEFENDANT HAS FAILED TO COMPLY WITH LEGAL DEMANDS.

4. DEFENDANT HAS STOLEN THE PLAINTIFF PROPERTY AND IS HOLDING IT HOSTAGE.

5. DEFENDANT LURED THE PLAINTIFF INTO A SITUATION UNDER FALSE PRETENSES TO CREATE ANOTHER CATASTROPHIC PROBLEM FOR THE PLAINTIFF.

5. DEFENDANT ILLEGALLY EVICTED THE PLAINTIFF.

6. DEFENDANT ILLEGALLY LOCKED THE PLAINTIFF OUT.

7. DEFENDANT VIOLATED TERMS AND CONDITIONS.

8. DEFENDANT IS ASSOCIATED WITH PEOPLE WHOM ARE ASSISTING THEM WITH CRIMINAL ACTIONS.  PETITONER DEMANDS AN EMERGENCY ORDER OF PROTECTION.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFF WAS HOSPATLIZED AND SUFFERED LIFE-THREATENING AND NEAR FATAL MEDICAL COMPLICATIONS.  SEE ATTACHED.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

1.  DEFENDANT IS LIABLE FOR ANY AND ALL FEES COSTS EXPENSES AND DAMAGES TO THE PLAINTIFF AND HIS CORPORATIONS.
2.  DEFENDANT SURRENDER ALL PROPERTY.
3.  DEFENDANT REMIT PAYMENT FOR DAMAGES TO THE PALAINTIFFS TRUST IN THE AMOUNT OF $50,000,000.00
4.  DEFENDANT CEASE AND DESIT ANY AND ALL HARASSMENT, THREATS AND COMMUNICATION.

**PLAINTIFF IS A PROTECTED PERSON UNDER AN EXEUCTIVE ORDER**

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 2-12-2026 | |
| Dated | Plaintiff's Signature |
| LIAM | ALEXANDER |
| First Name          Middle Initial | Last Name |

DOS 5753 ALBANY NY 12201

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |
| 929-833-8329 | | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Civil Court of the City of New York
County of  Manhattan

Part _____

Liam Alexander

          Plaintiff(s)/Petitioner(s)/Claimants(s)

WeWORK INC.

          Defendant(s)/Respondent(s)

Index Number _____

**AFFIRMATION IN SUPPORT
OF AN APPLICATION TO WAIVE COURT
COSTS, FEES, AND EXPENSES**

State of New York, County of  MANHATTAN _____ ss:

LIAM ALEXANDER _____ , hereby affirms, deposes and says:

    *PRINT YOUR NAME*

1. I am the party named as  LIAM ALEXANDER _____ in the above titled action.

2. I reside at  DEPARTMENT OF STATE 5753 ALBANY NY 12201 _____

3. I seek to proceed in the above titled action.

4. I have a good and meritorious cause of action in that  IM SUFFERING LIFE-THREATING

COMPLICATIONS BECAUSE OF THIS MATTER. _____

5. I request that an Order be granted:
   - [✓] waiving any and all statutory fees for the defense or prosecution of the action,
   - [ ] waiving the fee for the filing of a Notice of Appeal
   - [ ] other (Specify) _____

6. I make this application based on CPLR §1101. I do not have, nor am I able to obtain, the funds needed to pay the court fees. I will be unable to proceed unless the Order is granted.

7. I am/am not a recipient of Public Assistance from the Department of Social Services of the City of New York.

8. I have no income other than the sum of $ _____ per _____ from

_____

9. I own no property of any kind except necessary personal wearing apparel and

_____

*[Indicate other property and the value of such property]*

10. No other person is beneficially interested in the recovery sought.

11.    [✓] a) I have not made a previous application for this or similar relief.
      [ ] b) I have made previous application(s) for this or similar relief, but I am making this further application because

_____ .

I affirm this __12__ day of __FEB_____ , 20 _26_ , under the penalties of perjury under the laws of New York, which ma include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Print your address

Printed Name:  LIAMALEXANDER

DOS 5753
ALBANY NY 12201

Signature: _____

Telephone Number  929-833-8329

CIV-GP-15-i(Revised 05/25)

REQUEST FOR WARRANT

CITY MARSHAL                          ADDRESS

BADGE #

FAX (    ) _____          PHONE (    ) _____

INDEX NUMBER _____    MARSHAL'S DOCKET # _____

PETITIONER(S)                         RESPONDENT(S)

LIAM ALEXANDER _____          WEWORK INC. _____

_____               _____

_____               _____

_____               _____

ADDRESS

|  | For Marshal's use only |  |  |
|---|---|---|---|

26 WEST 28TH STREET NY NY _____

For Marshal's use only

☐ N/P        ☐ RIES        ☐ A/T

☐ H/O        ☐ DEF        ☐ COM

_____

_____

COMMENTS  RESPONDENTS HAVE STOLEN THE PETITIONERS PROPERTY _____

_____

DATE _____          SIGNATURE _____

CIV-LT-100 (Revised 9/06)
FREE HOUSING COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/housing/forms.shtml.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address              City                    State                   Zip Code

_____

Telephone Number                    E-mail Address

_____

Date                                Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

CAS-506
Rev. 04/09/2014

THE CITY OF NEW YORK
HUMAN RESOURCES ADMINISTRATION

 Department of Social Services
Emergency Placement Unit
109 E. 16th St, New York NY 10003

Phone: 212-274-6061    Fax: 212-387-1663

# APPOINTMENT FOR CASEWORKER'S FIELD VISIT
# FOLLOWING EMERGENCY HOUSING PLACEMENT

This is a reminder of your appointment (in about 2 weeks) to meet with your caseworker at the emergency housing facility where you have been placed. The purpose of this appointment is to enable the caseworker to confirm that your emergency housing is adequate and to discuss any problems you might have with your housing or benefits.

| | | |
|---|---|---|
| Caseworker's Name: | ALEX GALPER | Center: Gramercy Center |
| Caseworker's Telephone : | (212) 274-6065 (galpera@hra.nyc.gov) | |
| Supervisor's Name: | ANNETTE SCOTT | |
| Supervisor's Telephone: | (212) 274-6075 | |
| Client's Name: | LIAM ALEXANDER | Case No.: 77777777777-1 |
| Preferred Title, Name & Pronoun | Mr. - LIAM ALEXANDER - He/Him | |
| Date of Referral: | | |
| Name and Address of Emergency Housing Facility: | BV61 601 Prospect House | |
| | 601 Prospect Avenue | |
| | Bronx      10455 | |

**Appointment for Scheduled Home Visit**

Your caseworker will meet you at your room in the emergency housing facility on the date and time listed below:

Date of Appointment: _____    Time of Appointment: _____

YOU ARE REQUIRED TO KEEP THIS APPOINTMENT WITH YOUR CASEWORKER. IF YOU ARE UNABLE TO DO SO, YOU MUST CALL THE CASEWORKER OR HIS/HER SUPERVISOR AT LEAST TWO BUSINESS DAYS AHEAD OF TIME TO RESCHEDULE THE APPOINTMENT. IF YOUR CASEWORKER FAILS TO KEEP THIS APPOINTMENT WITH YOU, PLEASE IMMEDIATELY TELEPHONE THE SUPERVISOR LISTED ABOVE.

CAS-507
Rev. 04/09/2014

THE CITY OF NEW YORK
HUMAN RESOURCES ADMINISTRATION

 Department of Social Services
**Emergency Placement Unit**
109 E. 16th St. New York NY 10003

Phone: 212-274-6061    Fax: 212-387-1663

## CLIENT RIGHTS TO FAIR TREATMENT

You have informed HRA that you were in need of emergency housing, and have been referred to an emergency housing facility. HRA expects that every client it places in an emergency housing facility will have the same rights to use that facility as any other guest and will be treated with the same courtesy and respect as any other guest. That means that there can be no special rules or curfews that apply only to HRA clients, no special limits for HRA clients on entrances, elevators or stairways, and no other unequal treatment of HRA clients.

If you are subjected to treatment by the hotel that is not the same as the hotel's treatment of other guests, you should notify the HRA Emergency Placement Unit (EPU) at 212-274-6061 or fax the Client Satisfaction Questionnaire (attached) to 212-387-1663.

### CLIENT RESPONSIBILITIES
### AS AN EMERGENCY FACILITY RESIDENT

Your responsibilities as an HRA client residing in an emergency facility include the following:

- You must check in at your assigned emergency facility in-person and sign the facility/placement register, no later than 9:00 pm on the day of your placement.
- You must use your benefit card (CBIC) to swipe in at the facility front desk every day.
- You must apply for and maintain eligibility for Public Assistance (PA) and Supplemental Security Income (SSI) or Social Security Disability (SSD) - whichever is applicable. This includes:

    - Completing applications for financial assistance, including PA and SSI/SSD
    - Providing all required documentation for establishment of a PA case
    - Once accepted, maintaining your PA case by complying with the face-to-face recertification process and other requirements.
    - Notifying your HRA caseworker when appointments cannot be kept or if there are any changes in your circumstances

- You must develop a service plan with HRA case management staff to achieve non-emergency housing and to review such plan with HRA staff. This includes:

    - Determining the type of housing you need and which is available and appropriate
    - Completing an application, if required for such housing
    - Attending mutually agreed upon interviews with various housing providers

- You must maintain yourself in good standing while residing in your emergency facility. This includes:

    - Making rent payments to the emergency facility if you have a source of income other than PA, including but not limited to SSI, SSD, VA, pension and other income.
    - Following guidelines (i.e. house rules of the emergency facility).

- You agree that this placement is temporary and made on an emergency basis and agree to cooperate with efforts to relocate to independent or supportive non-emergency housing.

- You agree to relocate to independent or supportive non-emergency housing which may occur immediately or as soon as such housing becomes available.

## Authorization for Release of Health Information and Confidential HIV-Related Information*

New York State Department of Health
AIDS Institute

This form authorizes release of health information including HIV-related information. You may choose to release only your non-HIV health information, only your HIV-related information, or both. Your information may be protected from disclosure by federal privacy law and state law. Confidential HIV-related information is any information indicating that a person has had an HIV-related test, or has HIV infection, HIV-related illness or AIDS, or any information that could indicate a person has been potentially exposed to HIV.

Under New York State Law HIV related information can only be given to people you allow to have it by signing a written release. This information may also be released to the following: health providers caring for you or your exposed child; health officials when required by law; insurers to permit payment; persons involved in foster care or adoption; official correctional, probation and parole staff; emergency or health care staff who are accidentally exposed to your blood; or by special court order. Under New York State law, anyone who illegally discloses HIV-related information may be punished by a fine of up to $5,000 and a jail term of up to one year. However, some re-disclosures of health and/or HIV-related information are not protected under federal law. For more information about HIV confidentiality, call the New York State Department of Health HIV Confidentiality Hotline at 1-800-962-5065; for more information regarding federal privacy protection, call the Office for Civil Rights at 1-800-368-1019. You may also contact the NYS Division of Human Rights at 1-888-392-3644.

By checking the boxes below and signing this form, health information and/or HIV-related information can be given to the people listed on page two (and on additional sheets if necessary) of the form, for the reason(s) listed. Upon your request, the facility or person disclosing your health information must provide you with a copy of this form.

I consent to disclosure of (please check all that apply):

☐ My HIV-related information

☐ My non-HIV medical information

☐ Both (non HIV-medical and HIV-related information)

Information in the box below must be completed:

Name and address of facility/person disclosing HIV-related and/or medical information:

**Human Resources Administration / HASA**

109 E. 16th St. New York NY 10003

Name of person whose information will be released: **LIAM ALEXANDER**

Name and address of person signing this form (if other than above):

Relationship to person whose information will be released: **Client of HRA / HASA**

Describe information to be released:

Reason for release of information: **Referral to the emergency housing facility listed on this form.**

Time Period During Which Release of Information is Authorized: **Until client no longer resides at facility on this form.**

Disclosures cannot be revoked, once made. Exceptions to the right to revoke consent, if any:

Description of the consequences, if any, of failing to consent to disclosure upon treatment, payment, enrollment or eligibility for benefits (Note: Federal privacy regulations may restrict some consequences):

Please sign below only if you wish to authorize all facilities/persons listed on pages 1,2 (and 3 if used) of this form to share information among and between themselves for the purpose of providing health care and services.

Signature _____    Date **2/12/2026 5:59:28 PM**

* This Authorization for Release of Health Information and Confidential HIV-Related Information form is HIPAA compliant. If releasing only non-HIV related health information, you may use this form or another HIPAA-compliant general health release form.

DOH-2557 (2/11) p. 1 of 3

## Authorization for Release of Health Information
### and Confidential HIV-Related Information*

Complete information for each facility/person to be given general information and/or HIV-related information. Attach additional sheets as necessary. It is recommended that blank lines be crossed out prior to signing.

Name and address of facility/person to be given general health and/or HIV-related information:

BV61 601 Prospect House

601 Prospect Avenue                                     Bronx                    , NY  10455

Reason for release, if other than stated on page 1:

If information to be disclosed to this facility/person is limited, please specify:

Name and address of facility/person to be given general health and/or HIV-related information:

Reason for release, if other than stated on page 1:

If information to be disclosed to this facility/person is limited, please specify:

The law protects you from HIV-related discrimination in housing, employment, health care and other services. For more information, call the New York City Commission on Human Rights at (212) 306-7500 or the NYS Division of Human Rights at 1-888-392-3644.

My questions about this form have been answered. I know that I do not have to allow release of my health and/or HIV-related information, and that I can change my mind at any time and revoke my authorization by writing the facility/person obtaining this release. I authorize the facility/person noted on page one to release health and/or HIV-related information of the person named on page one to the organizations/persons listed.

Signature _____          Date _____
    (Subject of information or legally authorized representative)

If legal representative, indicate relationship to subject: _____

Print Name   LIAM ALEXANDER

Client/Patient Number  XXX-XX-1838

* This Authorization for Release of Health Information and Confidential HIV-Related Information form is HIPAA compliant. If releasing only non-HIV related health information, you may use this form or another HIPAA-compliant general health release form.

DOH-2557 (2/11) p. 2 of 3

## Authorization for Release of Health Information
## and Confidential HIV-Related Information*

Complete information for each facility/person to be given general information and/or HIV-related information. Attach additional sheets as necessary. It is recommended that blank lines be crossed out prior to signing.

Name and address of facility/person to be given general health and/or HIV-related information:

_____

_____

Reason for release, if other than stated on page 1:

_____

_____

If information to be disclosed to this facility/person is limited, please specify:

_____

_____

Name and address of facility/person to be given general health and/or HIV-related information:

_____

_____

Reason for release, if other than stated on page 1:

_____

_____

If information to be disclosed to this facility/person is limited, please specify:

_____

_____

Name and address of facility/person to be given general health and/or HIV-related information:

_____

_____

Reason for release, if other than stated on page 1:

_____

_____

If information to be disclosed to this facility/person is limited, please specify:

_____

_____

If any/all of this page is complete, please sign below:

Signature _____      Date _____
(SUBJECT OF INFORMATION OR LEGALLY AUTHORIZED REPRESENTATIVE)

Client/Patient Number   XXX-XX-1838 _____

*This Authorization for Release of Health Information and Confidential HIV-Related Information form is HIPAA compliant. If releasing only non-HIV related health information, you may use this form or another HIPAA-compliant general health release form.

DOH-2557 (2//11) p. 3 of 3

CAS-508 Rev. 1/07
Rev. 04/09/2014

THE CITY OF NEW YORK
HUMAN RESOURCES ADMINISTRATION

 Department of Social Services
**Emergency Placement Unit**
109 E. 16th St. New York NY 10003
Phone: 212-274-6061    Fax: 212-387-1663

# HOUSING SERVICES PROVIDED BY THE HIV/AIDS SERVICES ADMINISTRATION

Many of our clients receive rental enhancement to maintain their housing. Clients at risk of losing housing can receive emergency assistance to remain in that housing. Homeless person living with HIV/AIDS may be placed into a variety of housing arrangements based on individual needs.

Caseworkers are responsible for conducting an initial assessment and ongoing reassessments of each client. The caseworker must assess the client's needs and housing situation, discuss the types of housing resources available, assist the client with the completion of the Non-Emergency Supported Housing application, and forward the application.

The Housing Unit provides assistance by:
- Making referrals to contracted supportive housing facilities
- Facilitating the completion of New York City Housing Authority (NYCHA) applications

Clients in need of direct housing assistance must:
- Meet financial criteria
- Comply with rules and regulations established by housing providers and
- Make rental contributions or pay any required fees, based on specific program requirements and any income received by the client.

## EMERGENCY HOUSING

Emergency housing is accessed through referrals and transitional housing accommodations made with various commercial SRO owners and community-based organizations (CBOs).

### TRANSITIONAL SUPPORTIVE SROs

Transitional Single Room Occupancy (TSRO) units provide short-term stays for single adults only. This type of housing provides fully furnished private rooms, private and shared bathrooms, lounges, meals in common dining area, and recreational facilities. TSROs have resources on-site to assist clients with moves/transition from emergency to permanent housing. TSRO services include:
- On-site case management
- Substance abuse and mental health counseling
- Medical and drug treatment program linkage and
- Assistance in locating non-emergency housing.

## SUPPORTED HOUSING

Supported housing is provided through contracts with community-based organizations. The CBO is responsible for primary case management and other required services to clients in their facilities.

### CONGREGATE RESIDENCES

Congregate Supported Housing offers a variety of housing models and intensive on-site social services to HASA residents. For single adults, apartment models range from the SRO unit with private or shared bathroom facilities, to studio or efficiency apartments with kitchenettes and/or private bathrooms. Two bedroom apartments, available only to for families with children, are fully furnished and have common dining areas and recreational facilities. Services may include:
- Food and nutrition programs
- Access to washers and dryers
- Medical and drug treatment program linkage and
- Referrals for home care/homemaking services.

### SCATTER-SITE

The Scattered-Site Apartment Program offers non-emergency housing for single adults and families. Apartments are leased in the CBO's name, to allow individuals and families to be placed in housing throughout the five boroughs. Clients are placed in elevator-equipped buildings or in apartments located no higher than the second floor in non-elevator buildings. Based on family composition, clients may be placed in studios, one, two or three bedroom apartments. The CBO is responsible for:
- Primary case management services
- Home visits
- Interfacing with landlord regarding apartment repairs
- Handling minor repairs to apartments
- Substance abuse and mental health counseling
- Recreational activities
- Medical and drug treatment program linkage and
- Referrals for home care/homemaking services.

Civil Court of the City of New York

County of  MANHATTAN
_____ Part _____

LIAM ALEXANDER
                    Plaintiff(s)/Petitioner(s)/Claimants(s)
_____

NEW YORK HRA

                    Defendant(s)/Respondent(s)
_____

Index Number _____

**AFFIRMATION IN SUPPORT
OF AN APPLICATION TO WAIVE COURT
COSTS, FEES, AND EXPENSES**

State of New York, County of  MANHATTAN _____ ss:

LIAM ALEXANDER _____, hereby affirms, deposes and says:
        *PRINT YOUR NAME*

1. I am the party named as  LIAM ALEXANDER _____ in the above titled action.

2. I reside at  DOS 5753 ALBANY NY 12201 _____

3. I seek to proceed in the above titled action.

4. I have a good and meritorious cause of action in that  IM SUFFERING FROM LIFE- _____
   THREATENING MEDICAL COMPLICATIONS BECAUSE OF THIS MATTER. _____

5. I request that an Order be granted:
   - [✓] waiving any and all statutory fees for the defense or prosecution of the action,
   - [ ] waiving the fee for the filing of a Notice of Appeal
   - [ ] other (Specify) _____

6. I make this application based on CPLR §1101. I do not have, nor am I able to obtain, the funds needed to pay the court fees. I will be unable to proceed unless the Order is granted.

7. I am/am not a recipient of Public Assistance from the Department of Social Services of the City of New York.

8. I have no income other than the sum of $ _____ per _____ from

_____

9. I own no property of any kind except necessary personal wearing apparel and

_____

                    *[Indicate other property and the value of such property]*

10. No other person is beneficially interested in the recovery sought.

11.    - [✓] a) I have not made a previous application for this or similar relief.
       - [ ] b) I have made previous application(s) for this or similar relief, but I am making this further application
             because

_____ .

I affirm this _12_ day of __FEB_____, 20_26_, under the penalties of perjury under the laws of New York, which ma include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                        Print your address
Printed Name: __LIAM ALEXANDER_____       DOS 5753_____
                                        ALBANY NY 12201

Signature: _____       Telephone Number ____929-833-8329____

CIV-GP-15-i(Revised 05/25)

REQUEST FOR WARRANT

CITY MARSHAL                         ADDRESS

BADGE #

FAX (     ) _____          PHONE (     ) _____

INDEX NUMBER _____    MARSHAL'S DOCKET # _____

PETITIONER(S)                        RESPONDENT(S)

LIAM ALEXANDER                       NYC HRA
                                     ALEX GALPER

_____                      _____

_____                      _____

_____                      _____

ADDRESS

_____                      | For Marshal's use only |
                                     |
_____                      | ☐ N/P      ☐ RIES      ☐ A/T |
                                     |
_____                      | ☐ H/O      ☐ DEF       ☐ COM |

COMMENTS   RESPONDENTS ARE MAKING UP STORIES AND LIES TO CAUSE
           THE PETITIONER CATASTROPHIC PERSONAL AND PROFESSIONAL
           DAMAGES AS WELL AS LIFE-THREATENING AND NEAR FATAL
           MEDICAL COMPLICATIONS.

           _____

DATE _____          SIGNATURE _____

FREE HOUSING COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/housing/forms.shtml.

CAS-509
Rev. 04/10/2014

THE CITY OF NEW YORK
HUMAN RESOURCES ADMINISTRATION

 Department of Social Services
**Emergency Placement Unit**
109 E. 16th St. New York NY 10003

Phone: 212-274-6061          Fax: 212-387-1663

# EMERGENCY PLACEMENT UNIT (EPU)

# REFERRAL PACKAGE COVER SHEET

| **Center Contact Information** | | **Facility Contact Information** | |
|---|---|---|---|
| Name: | Gramercy Center | Name: | BV61 601 Prospect House |
| Street Address: | 109 East 16th Street, 5th floor | Street Address: | 601 Prospect Avenue |
| City: | New York | City: | Bronx |
| Zip Code: | 10003 | Zip Code | |
| Phone: | 212-274-6067 | Phone: | (347) 984-6632 |

CM: ALEX GALPER ((212) 274-6065) -- SUP I: ANNETTE SCOTT( (212) 274-6075)

Directions:

W-489A
Rev. 04/04/2014



**Department of Social Services**
**Emergency Placement Unit**
Ph: 212-274-6061  Fax: 212-387-1663

## REFERRAL TO AN EMERGENCY HOUSING FACILITY
## LETTER OF INTRODUCTION

**To Facility:** BV61 601 Prospect House

601 Prospect Avenue

Bronx _____ NY 10455

**Borough:** Bronx

**From:** ALEX GALPER

Gramercy Center

109 East 16th Street, 5th floor

New York _____ NY 10003

**Referral Date:** 2/12/2026

☐ Caseworker
☐ ServiceLine
☐ Site/Team

**Phone Number:** (212) 274-6065 (galpera@hr...

**CLIENT PLEASE READ:** Today you have requested housing assistance and an eligibility determination has found that you are homeless and eligible for emergency housing placement services. As a result, you have been referred to the emergency housing facility named above. It is important that you check into the facility no later than 9:00 p.m. of the date of your referral. If you have not checked in by 9:00 p.m., facility management may cancel your room. Your signature below indicates that you have read the above and understand your responsibilities regarding this emergency housing referral and that you agree that you were offered an application for medically appropriate non-emergency housing information regarding financial assistance available to assist eligible clients in obtaining housing, and information regarding available housing options. You are required to use your CBIC benefit card to swipe in the device located at the facility front desk once a day to register your presence and use of your room for the duration of your stay at your assigned facility. Failure to swipe in each day can cause your room to be closed. A closing means that this room is no longer authorized by HRA for payment to the facility provider. If you still require emergency housing after your room is closed, you must return to your client center to be re-assessed and to receive a new placement at your current facility or a different one. If you cannot use your CBIC card because it is defective or lost, contact your case worker immediately for assistance. In the interim, you will be allowed to sign a log at the facility until you regain use of or receive a replacement of your CBIC card in order to register your presence and use of your room.

**NOTICE TO CLIENT:** If you have difficulty locating the above facility, or the facility is unable or unwilling to admit you as a guest, please call the Emergency Placement Unit (EPU) at 212-274-6061 or 212-620-9895. To obtain assistance, you must speak to a staff member.

**PLEASE DO NOT LEAVE A MESSAGE.**

ALEXANDER _____ LIAM _____ Mr. - LIAM ALEXANDER - He/Him
Client's Last Name (print)   (M.I.)   First Name   Preferred Title, Name & Pronoun

Client household includes following __0__ member(s):

| Name | Age | Relationship to Client |
|------|-----|------------------------|
|      |     |                        |
|      |     |                        |
|      |     |                        |
|      |     |                        |
|      |     |                        |

Client's Signature

**FACILITY MANAGEMENT:** This letter will introduce the client listed above for whom a reservation for a room in your facility was made by the Emergency Placement Unit. Please show this client all courtesies possible. Upon the client's arrival, he or she must sign and swipe in front of a facility staff person in order to confirm client's registration at your facility. Overnight receipt of a duly signed Letter of Introduction via fax 212-387-1663 to EPU completes the registration process for the above named client. Your assistance is appreciated.

Client's Signature: _____ Time of Arrival: _____ ☐am ☐pm

Facility Personnel Signature: _____ Date of Arrival: _____

W-897V
Rev. 04/09/2014

THE CITY OF NEW YORK
HUMAN RESOURCES ADMINISTRATION

 Department of Social Services
**Emergency Placement Unit**
109 E. 16th St. New York NY 10003

Phone: 212-274-6061    Fax: 212-387-1663

## CLIENT SATISFACTION QUESTIONNAIRE

You informed this agency that you are homeless, and have been referred to an emergency housing facility. Please inspect the housing you have been given and check off any of the items below that are true about your housing placement. You may then call in results of your inspection to the Emergency Placement Unit (EPU) telephone number above, or fax or mail this form to EPU at the fax/address above.

**PLEASE CHECK ONLY THE ITEMS THAT ARE TRUE ABOUT YOUR EMERGENCY HOUSING:**

☐ There are roaches, mice and/or bedbugs in assigned room/apartment.

☐ There are no bed linens and/or pillow cases provided for sleeping accommodation.

☐ The individual refrigerator is not available / or does not function properly to store perishable foods and medication.

☐ The bathroom utilized is unsanitary/or the accessories do not function properly.

☐ There is no toilet paper, soap and/or towels provided for the assigned bathroom.

☐ The fan/ air conditioner in the room/apartment does not operate properly or is missing entirely (warm season only).

☐ There is no elevator/or elevator is out of order in the facility and unable to ascend stairs to access assigned room /apartment due to clinical medical condition ( a doctor's note to that effect can be provided).

☐ There is no sufficient lighting to visually see clearly within the room/apartment.

☐ There are other conditions at my emergency housing placement which may be a health and/or safety issue and are explained below:

Explanation:

_____

_____

AFTER RECEIVING YOUR COMPLAINT, EPU MAY SEND AN INSPECTOR TO THE FACILITY TO INVESTIGATE THE CONDITIONS YOU HAVE REPORTED AND SEEK CORRECTIVE ACTION FROM THE FACILITY.

Date: _____

Client's Name (printed): LIAM ALEXANDER

Preferred Title, Name & Pronoun: Mr. - LIAM ALEXANDER - He/Him

Social Security Number: XXX-XX-1838

Name and Address of Facility: BV61 601 Prospect House

601 Prospect Avenue

Bronx

10455

Your Room Number: 15 _____ Your Telephone Number: (347) 984-6632

Pro Se

Clerk
US District
500 Pearl
NY NY 10007

RECEIVED
FEB 26 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 26  AM 11: 39
500 Pearl St
NY NY 1007

600 Pearl St
NY NY 10007

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 26  AM 11: 37

Pro Se

Clerk
US District Court
500 Pearl St
NY NY 10007

RECEIVED
FEB 26 2026
CLERK'S OFFICE
S.D.N.Y.