UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIAM ALEXANDER, | |
| Plaintiff, | 26-CV-1636 (LTS) |
| -against- | ORDER OF DISMISSAL |
| WEWORK, INC., | UNDER 28 U.S.C. § 1651 |
| Defendant. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated February 7, 2022, the Court barred Sean Matthew Finnegan from filing future civil actions in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Finnegan v. Dist. of Columbia Superior Court*, No. 21-CV-10946 (S.D.N.Y. Feb. 7, 2022). Since the Court issued that filing injunction, Finnegan has filed multiple civil actions in this court under the name "Liam Alexander." *See Alexander v. NYPD*, No. 22-CV-4610 (S.D.N.Y. July 18, 2022) (ECF 4) (explaining the facts that the Court relied upon to determine that Finnegan was filing under the name Liam Alexander). The Court recognized in each of those actions that it was Finnegan who had filed those actions, not Alexander, and the Court dismissed those actions under the filing injunction. *See Alexander v. Marriot Hotels Int'l*, No. 23-CV-10399 (S.D.N.Y. Dec. 22, 2023); *Alexander v. Bravo*, No. 23-CV-3373 (S.D.N.Y. Apr. 25, 2023); *Alexander v. Israel*, No. 23-CV-1798 (S.D.N.Y. Mar. 2, 2023); *Alexander v. N.Y.C. Dep't of Prob.*, No. 23-CV-1246 (S.D.N.Y. Feb. 21, 2023); *Alexander v. IRS*, No. 23-CV-1245 (S.D.N.Y. Feb. 21, 2023); *Alexander v. BRC*, No. 23-CV-0218 (S.D.N.Y. Jan. 13, 2023); *Alexander v. Dep't of Homeless Servs.*, No. 22-CV-10160 (S.D.N.Y. Dec. 8, 2022); *Alexander v. Babuj et al*, 25-CV-6510 (S.D.N.Y. Aug. 6, 2025).

Finnegan filed this *pro se* action under the name "Liam Alexander," and he seeks leave to proceed IFP, but he has not sought leave to file this action, as required by the filing injunction.

Accordingly, the Court dismisses this action without prejudice due to Finnegan's failure to comply with the Court's February 7, 2022 order in *Finnegan*, No. 21-CV-10946, ECF 6.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    April 1, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge