UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIAM ALEXANDER,

                          Plaintiff,

               -against-

WEWORK, INC.,

                          Defendant.

26 CIVIL 01636 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 2, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 6, 2026

          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge